UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
YULEYKA BULA, et al.,                            :
:
Plaintiffs,          :
:
-v-                          :
:
RCI MANAGEMENT SERVICES, et al.,                 :
:
Defendants.       :
:
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2022
```

22-cv-3147 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

Defendants RCI Management Services, RCI Dining Services (37th Street), Inc., RCI Hospitality Holdings, Inc., Eric Langan, and 61 West 37th Street, LLC (collectively, "Defendants") move, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, for an order compelling arbitration and staying the case pending arbitration.  Dkt. No. 25.  Plaintiffs Yuleyka Bula, Alyssa Cruz, Suenbel Rehman, and Myali Sanchez (collectively, "Plaintiffs") consent to arbitrating their claims.  Dkt. No. 29.

Accordingly, the motion to compel arbitration is GRANTED pursuant to the terms of the arbitration agreement on consent, and the case is STAYED pending the conclusion of the arbitration proceedings.  The parties are hereby directed to file a status report on <u>January 9, 2023</u> and then every three months thereafter.

The Clerk of Court is respectfully directed to close Dkt. No. 25 and to stay the case.

SO ORDERED.

Dated: July 8, 2022                          _____
New York, New York                                LEWIS J. LIMAN
United States District Judge