UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YULEYKA BULA, et al.,

                Plaintiff(s),

-against-

RCI MANAGEMENT SERVICES, et al.,

                Defendant(s).

22-cv-3147 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        On September 12, 2023, the Court entered judgment in favor of all Plaintiffs and against all Defendants, except 61 West 37th Street, LLC, and Doe Managers 1–10. Dkt. 44. All Defendants are represented by the same counsel, however, and there has been no docket activity since September 12. **By October 5, 2023, at 5:00 p.m.**, the parties shall advise the Court in a letter not to exceed two (2) pages on what action remains to be taken in this case.

        SO ORDERED.

Dated: September 29, 2023
       New York, New York

                                ARUN SUBRAMANIAN
                                United States District Judge