UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YULEYKA BULA, et al.,<br><br>                            Plaintiffs,<br><br>          -against-<br><br>RCI DINING SERVICES, INC., et al.,<br><br>                            Defendants. | 22-cv-3147 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On September 12, 2023, the Court entered judgment in favor of Plaintiffs against nearly all Defendants under Federal Rule of Civil Procedure 68. Dkt. 44. The parties later clarified that the judgment meant to include all Defendants. Dkt. 51. The Clerk of Court is directed to enter the amended judgment and close this case.

      SO ORDERED.

Dated: December 7, 2023
       New York, New York

                                                             ARUN SUBRAMANIAN
                                                        United States District Judge