# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YULEYKA BULA, et al. | **Case No.:** 22-cv-3147 |
| Plaintiffs, | **COLLECTIVE ACTION** |
| v. | |
| RCI DINING SERVICES (37TH STREET), INC., dba VIVID CABARET, a New York corporation; 61 WEST 37TH STREET, LLC, a New York limited liability company; RCI HOSPITALITY HOLDINGS INC. fka RICK'S CABARET INTERNATIONAL, INC., a Texas corporation; RCI MANAGEMENT SERVICES, a Texas corporation; ERIC LANGAN, an individual an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive, | **JUDGMENT IN FAVOR OF PLAINTIFFS YULEYKA BULA, ALYSSA CRUZ, MYALI SANCHEZ, TRACIE MIDDLETON, SUENBEL REHMAN, GABRIELA CHAN AND MARIA CARDENAS** |
| Defendants. | |

**JUDGMENT IN FAVOR OF YULEYKA BULA, ALYSSA CRUZ, MYALI SANCHEZ, TRACIE MIDDLETON, SUENBEL REHMAN, GABRIELA CHAN, AND MARIA CARDENAS PURSUANT TO OFFER OF JUDGMENT**

On August 25, 2023, defendants RCI DINING SERVICES (37TH

STREET), INC., dba VIVID CABARET, RCI HOSPITALITY HOLDINGS INC.

fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT

SERVICES, ERIC LANGAN, and 61 WEST 37TH STREET, LLC, served plaintiffs YULEYKA BULA, ALYSSA CRUZ, MYALI SANCHEZ, TRACIE MIDDLETON, SUENBEL REHMAN, GABRIELA CHAN, AND MARIA CARDENAS with an Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 in the amount of $31,564.00, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Bula, Cruz, Sanchez, Middleton, Suenbel Rehman, Gabriela Chan, and Cardenas's action.

In accordance with the Offer of Judgment and Notice of Acceptance, Dkt. 41, plaintiffs YULEYKA BULA, ALYSSA CRUZ, MYALI SANCHEZ, TRACIE MIDDLETON, SUENEBL REHMAN, GABRIELA CHAN, AND MARIA CARDENAS shall have and recover against defendants RCI DINING SERVICES (37TH STREET), INC., dba VIVID CABARET, RCI HOSPITALITY HOLDINGS INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and 61 WEST 37TH STREET, LLC, the total sum of **THIRTY ONE THOUSAND FIVE HUNDRED SIXTY- FOUR DOLLARS ($31,564.00)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Bula, Cruz, Sanchez, Middleton, Rehman, Chan, and Cardenas's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is

-3-

entered for YULEYKA BULA, ALYSSA CRUZ, MYALI SANCHEZ, TRACIE MIDDLETON, SUENBEL REHMAN, GABRIELA CHAN, AND MARIA CARDENAS and against defendants RCI DINING SERVICES (37TH STREET), INC., dba VIVID CABARET, RCI HOSPITALITY HOLDINGS INC. fka RICK'S CABARET INTERNATIONAL, INC., RCI MANAGEMENT SERVICES, ERIC LANGAN, and 61 WEST 37TH STREET, LLC, jointly and severally for the total sum of **THIRTY ONE THOUSAND FIVE HUNDRED SIXTY- FOUR DOLLARS ($31,564.00)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Bula, Cruz, Sanchez, Middleton, Rehman, Chan, and Cardenas's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against Defendants.

**IT IS SO ORDERED.**

Dated: December 6, 2023

_____
Honorable Arun Subramanain
United States District Judge